# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | C.A. Nos. 2:18-cv-00491, -00492, -00496, -00499, -00501, -00502, -00504, -00548, -00550, -00551, -00552, -00553<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR STAY PENDING TRANSFER

On June 8, 2020, the Court ordered Case No. 2:18-cv-00504 transferred and noted that all active remaining Uniloc cases would also be transferred to the Northern District of California. (Dkt. 308.) Pursuant to Local Rule CV-83-b, there is a 21-day period for that transfer to occur. Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant Google LLC ("Google") hereby stipulate to a stay of all remaining case activities and deadlines, including but not limited to responses to pending motions for summary judgment, depositions, source code inspection or other ordered discovery activity, in the above-captioned cases until that transfer is complete and the Northern District of California has set a schedule.

      IT IS HEREBY STIPULATED.

| | |
|---|---|
| Dated: June 10, 2020 | Respectfully submitted by:<br><br>*/s/ Scott W. Breedlove, with permission by Michael E. Jones*<br>E. Leon Carter<br>Texas Bar No. 03914300<br>Scott W. Breedlove |

Texas Bar No. 00790361
Linda R. Stahl
Texas Bar No. 00798525
Joshua J. Bennett
Texas No. 24059444
Bradley D. Liddle
Texas Bar No. 24074599
Minghui Yang
Texas Bar No. 2409148
Monica Litle
Texas Bar No. 24102101
CARTER ARNETT PLLC
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185
lcarter@carterarnett.com
sbreedlove@carterarnett.com
lstahl@carterarnett.com
jbennett@carterarnett.com
bliddle@carterarnett.com
myang@carterarnett.com
mlitle@carterarnett.com

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis Lee Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

ATTORNEYS FOR PLAINTIFF

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311

**Attorneys for Defendant Google LLC**
**2:18-cv-491, -492, -496, -499, -502, -504, -550,**
**-551, -552, -553**

Tharan Gregory Lanier
Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939
tglanier@jonesday.com
mhendershot@jonesday.com

Tracy A. Stitt
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3641
tastitt@jonesday.com

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Sanjiv P. Laud
slaud@jonesday.com
JONES DAY
90 South Seventh Street, Suite 4950

3

Minneapolis, MN 55402
Tel: (612) 217-8879

**Attorneys for Defendant Google LLC**
**2:18-cv-499, -502, -552**

Robert Unikel
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Main: 312-499-6000
Facsimile: (312) 499-6100

Elizabeth Louise Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
Ariell Nicole Bratton (CA Bar #317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Christopher W. Kennerly (TX Bar #795077)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Grant N. Margeson (CA Bar #299308)
grantmargeson@paulhastings.com
PAUL HASTINGS LLP
101 California Street Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

**Attorneys for Defendants Google LLC**
**2:18-cv-491, -492, -501, -550, -551**

Michael A. Berta
(California Bar No. 194650)
Michael.berta@arnoldporter.com
Arnold & Porter, 10th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

David Caine (California Bar No. 218074)
David.Caine@arnoldporter.com
Telephone: (650) 319-4710
Bonnie Phan (California Bar No. 305574)
Bonnie.Phan@arnoldporter.com
Telephone: (650) 319-4543
Michael Nguyen
michael.nguyen@arnoldporter.com
Telephone: (650) 319-4718
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Nicholas Lee (California Bar No. 259588)
Nicholas.Lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4156

Nicholas Nyemah (DC Bar No. 1005926)
Nicholas.Nyemah@arnoldporter.com
Telephone: (202) 942-6681
Paul Margulies (DC Bar No. 1000297)

Paul.Margulies@arnoldporter.com
Telephone: (202) 942-6990
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Mark Samartino (Illinois No. 6313889)
Mark.Samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2437

**Attorneys for Defendant Google LLC**
**2:18-cv-504**

David Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6344
Facsimile: (415) 875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900 20005
Washington, D.C. 20005-4107
Tel: (202) 538-8107
Fax: (202) 538-8100

**Attorneys for Defendant Google LLC**
**2:18-cv-553**